**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-25346-CIV-ALTONAGA**

**MARLON AGUILAR**,

Petitioner,

v.

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**, *et al.*,

Respondents.
_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court on Petitioner, Marlon Aguilar's Petition for Writ of Habeas Corpus [ECF No. 1], filed on August 8, 2026. Upon review of the Petition, the Court concludes it must be dismissed.

The Petition is deficient because it was not signed under penalty of perjury (*see generally* Pet.), as required by statute and rule. Federal law requires that a habeas petition be "signed *and verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added); *see also* R. Governing Section 2254 Cases 2(c)(5) (requiring petitions "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. [section] 2242" (alteration added)).[1] Consistent with these requirements, Southern District of Florida Local Rule 88.2 provides that habeas petitions filed under 28 U.S.C. section 2241 must "be signed under penalty of perjury by [the] petitioner" or "by a person authorized to sign it" on the petitioner's behalf. *Id.* (alteration added).

[1] *See also* R. Governing Section 2254 Cases 1(b) ("The district court may apply [the Rules Governing Section 2254 Cases] to a [section 2241] habeas corpus petition[.]" (alterations added)).

Because the Petition is not verified, it is subject to dismissal. *See McFarland v. Scott*, 512 U.S. 849, 856 (1994) (recognizing courts are authorized to dismiss a habeas petition that appears legally insufficient on its face (citation omitted)).

Accordingly, it is

**ORDERED** that Petitioner, Marlon Aguilar's Petition for Writ of Habeas Corpus **[ECF No. 1]** is **DISMISSED without prejudice**. Petitioner has until **September 11, 2026** to submit an amended petition curing the foregoing deficiency.

**DONE AND ORDERED** in Miami, Florida, this 4th day of September, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**